USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-26

April 8, 2026

Judge Lewis A. Kaplan
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     **Shanna Bellamy v. The Cheesecake Factory Restaurants, Inc., et al.
Case Number 1:25-cv-04866-LAK**

Dear Judge Kaplan:

This firm represents the Plaintiff in the above-referenced matter.

Please be advised that the matter has settled. We anticipate the formal paperwork
will be exchanged between the parties and finalized shortly.

Should the Court require anything further, please do not hesitate to let counsel
know.

Very truly yours,
**Sacco & Fillas, LLP**


By: Philip Reid, Esq.


**MEMO ENDORSEMENT**

**Case dismissed with prejudice and without costs
subject to right of any party to reinstate by
serving and filing a notice to that effect on or
before May 11, 2026, if the settlement is not
consummated by then.**

**SO ORDERED**

_____
Lewis A. Kaplan
U.S. District Judge

4/9/26